■ Rusciano Realty Services, Ltd., Appellant, v Irving Griffler, Doing Business as S & S Griffler, Respondent.— Ordered that the judgment of the Supreme Court, Westchester County, entered June 20, 1985, is affirmed, with costs, for reasons stated in the decision of Judicial Hearing Officer Hopkins. Thompson, J. P., Niehoff, Rubin and Eiber, JJ., concur.